The Southern Express Company, a corporation, Plaintiff in Error, v. W. J. Daniel & Company, Defendants in Error.

### In Banc.

Writ of error to Circuit Court, Jackson county; Lucius J. Reeves, Judge.

John E. Hartridge for plaintiff in error.

Benj. S. Liddon for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. Judgment is affirmed.

Decision *Per Curiam.*